UNITED STATES of America,
Plaintiff–Appellee,

v.

Rodolfo QUINONES–CORREA, a.k.a. Mello, a.k.a. Rodolfo Correa Quinones, a.k.a. Juan Martinez, Defendant–Appellant.

No. 09–12952
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 23, 2010.

David A. Taylor, Jacksonville, FL, for Defendant–Appellant.

Before TJOFLAT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

David Taylor, appointed counsel for Rodolfo Quinones–Correa in this direct crimi-

nal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Quinones–Correa's conviction and sentence are **AFFIRMED**.